**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **PHI HEALTH, LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**ANTHEM HEALTH PLANS OF VIRGINIA, INC., *et al.*,**<br><br>*Defendants*. | Civil Action No. 3:26-cv-00876-RCY |

**RULE 12(b)(6) MOTION TO DISMISS**

Defendant, Bryan Tool and Machining, Inc., pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss the Complaint filed herein on the ground that it fails to state a claim upon which relief can be granted. A Memorandum of Law in support of this Motion is being filed contemporaneously with this Motion.

WHEREFORE, Defendant Bryan Tool and Machining, Inc., respectfully requests this Court to enter an Order that grants this Motion and dismisses the Complaint with prejudice as to them. A proposed Order is attached to this Motion as **Exhibit 1**.

BRYAN TOOL AND MACHINING, INC.
By Counsel

/s/ Kevin M. Rose______________
KEVIN M. ROSE (VSB No. 35930)
WILLIAM E. SHMIDHEISER, III (VSB No. 19047)
BotkinRose PLC
3190 Peoples Drive
Harrisonburg, VA 22801
Telephone: (540) 437-0019
Fax: (540) 437-0022
Email: krose@botkinrose.com
Email: bshmidheiser@botkinrose.com
*Counsel for Defendant, Bryan Tool and Machining, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **October 13th, 2026**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send via email a copy of such filing to all parties registered to receive electronic notice in this case.

/s/ Kevin M. Rose______________
KEVIN M. ROSE (VSB No. 35930)
BotkinRose PLC
3190 Peoples Drive
Harrisonburg, VA 22801
Telephone: (540) 437-0019
Fax: (540) 437-0022
Email: krose@botkinrose.com
Email: bshmidheiser@botkinrose.com
*Counsel for Defendant, Bryan Tool and Machining, Inc.*