**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **PHI HEALTH, LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**ANTHEM HEALTH PLANS OF VIRGINIA, INC., *et al*.,**<br><br>*Defendants*. | Civil Action No. 3:26-cv-00876-RCY |

**PROPOSED ORDER GRANTING DEFENDANT**
**BRYAN TOOL & MACHINING, INC.'S MOTION TO DISMISS**

Before the Court is Defendant Bryan Tool and Machining, Inc.'s Motion to Dismiss filed on October 13, 2026 (Dkt. No. ___). For the reasons set forth in this Court's accompanying memorandum opinion, the Court does hereby **ORDER** as follows:

1. Defendant Bryan Tool and Machining, Inc.'s Motion to Dismiss is hereby GRANTED, and the Complaint is hereby DISMISSED WITH PREJUDICE as to Defendant Bryan Tool and Machining, Inc.

2. The Clerk is directed to remove Defendant Bryan Tool and Machining, Inc. as a party to this civil action.

Entered: ____________________

________________________________
Roderick C. Young, U.S. District Judge