EXHIBIT A

| Account | Dispute ID | Claim Number | HCPC | Payor Grouping | Plan Sponsor | Plan Name | Decision Date | IDR Award | Paid Amt | Balance Owed / Amount Due | ERISA? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 439686 | DISP-6042566 | 2025252R11494 | A0431 | BCBS VA | ACA Exchange | N/A | 06/26/2026 | $42,009.05 | $10,423.73 | $31,585.32 | No |
| 450382 | DISP-6281221 | 2026041FF5836 | A0431 | BCBS VA | ACA Exchange | N/A | 06/25/2026 | $43,123.60 | $12,952.48 | $30,171.12 | No |
| 450382 | DISP-6281223 | 2026041FF5836 | A0436 | BCBS VA | ACA Exchange | N/A | 06/25/2026 | $27,132.33 | $3,965.39 | $23,166.94 | No |
| 451876 | DISP-6268002 | 2026061EL5768 | A0436 | BCBS VA | ACA Exchange | N/A | 06/18/2026 | $22,073.76 | $3,226.08 | $18,847.68 | No |
| 449271 | DISP-6349486 | 2026013EX8776 | A0431 | BCBS VA | ACA Exchange | N/A | 06/18/2026 | $43,123.60 | $12,952.48 | $30,171.12 | No |
| 449271 | DISP-6349487 | 2026013EX8776 | A0436 | BCBS VA | ACA Exchange | N/A | 06/18/2026 | $22,533.63 | $3,293.29 | $19,240.34 | No |
| 441259 | DISP-5232061 | 2025260R12367 | A0436 | BCBS VA | ACA Exchange | N/A | 06/12/2026 | $22,399.00 | $3,360.50 | $19,038.50 | No |
| 443910 | DISP-5991026 | 2025296EM5060 | A0431 | BCBS VA | ACA Exchange | N/A | 06/08/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 431388 | DISP-5923014 | 2025087CD2463 | A0431 | BCBS VA | ACA Exchange | N/A | 06/05/2026 | $42,009.05 | $13,282.67 | $28,726.38 | No |
| 434751 | DISP-5922845 | 2025174R11024 | A0431 | BCBS VA | ACA Exchange | N/A | 06/05/2026 | $42,009.05 | $13,210.72 | $28,798.33 | No |
| 447702 | DISP-5644303 | 2025349EY3443 | A0436 | BCBS VA | ACA Exchange | N/A | 06/05/2026 | $18,367.18 | $2,755.61 | $15,611.57 | No |
| 431388 | DISP-5892077 | 2025087CD2463 | A0436 | BCBS VA | ACA Exchange | N/A | 06/03/2026 | $13,887.38 | $2,083.51 | $11,803.87 | No |
| 446304 | DISP-5890778 | 2025328337566 | A0431 | BCBS VA | ACA Exchange | N/A | 06/03/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 447175 | DISP-5803192 | 2025338EF1666 | A0436 | BCBS VA | ACA Exchange | N/A | 05/27/2026 | $15,231.32 | $2,285.14 | $12,946.18 | No |
| 448705 | DISP-5746985 | 2026002DH3060 | A0431 | BCBS VA | ACA Exchange | N/A | 05/18/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 448705 | DISP-5746986 | 2026002DH3060 | A0436 | BCBS VA | ACA Exchange | N/A | 05/18/2026 | $8,959.60 | $1,344.20 | $7,615.40 | No |
| 446304 | DISP-5802636 | 2025328337566 | A0436 | BCBS VA | ACA Exchange | N/A | 05/15/2026 | $24,190.92 | $3,629.34 | $20,561.58 | No |
| 434891 | DISP-4983371 | 2025169R11035 | A0431 | BCBS VA | ACA Exchange | N/A | 05/04/2026 | $42,009.05 | $13,207.06 | $28,801.99 | No |
| 434891 | DISP-5716752 | 2025169R11035 | A0436 | BCBS VA | ACA Exchange | N/A | 05/01/2026 | $13,887.38 | $2,083.51 | $11,803.87 | No |
| 444294 | DISP-5683505 | 2025304BS8936 | A0431 | BCBS VA | ACA Exchange | N/A | 05/01/2026 | $42,009.05 | $10,341.95 | $31,667.10 | No |
| 435858 | DISP-5153479 | 2025181R13079 | A0431 | BCBS VA | ACA Exchange | N/A | 04/30/2026 | $42,009.05 | $12,778.29 | $29,230.76 | No |
| 436763 | DISP-5473595 | 2025192R13602 | A0431 | BCBS VA | ACA Exchange | N/A | 04/23/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 442110 | DISP-4955993 | 2025280R10987 | A0436 | BCBS VA | ACA Exchange | N/A | 04/07/2026 | $25,982.84 | $3,898.18 | $22,084.66 | No |
| 404726 | DISP-5341456 | 2024044CU5217 | A0436 | BCBS VA | ACA Exchange | N/A | 03/23/2026 | $12,811.59 | $2,924.47 | $9,887.12 | No |
| 434750 | DISP-4694917 | 2025169R11036 | A0431 | BCBS VA | ACA Exchange | N/A | 03/16/2026 | $42,009.05 | $13,216.17 | $28,792.88 | No |
| 435858 | DISP-5153480 | 2025181R13079 | A0436 | BCBS VA | ACA Exchange | N/A | 03/13/2026 | $12,543.44 | $1,881.88 | $10,661.56 | No |
| 442110 | DISP-4955992 | 2025280R10987 | A0431 | BCBS VA | ACA Exchange | N/A | 03/06/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 443910 | DISP-5076784 | 2025296EM5060 | A0436 | BCBS VA | ACA Exchange | N/A | 02/27/2026 | $24,190.92 | $3,629.34 | $20,561.58 | No |
| 441259 | DISP-5232059 | 2025260R12367 | A0431 | BCBS VA | ACA Exchange | N/A | 02/25/2026 | $42,009.05 | $11,747.44 | $30,261.61 | No |
| 431498 | DISP-4891487 | 2025088BZ0903 | A0436 | BCBS VA | ACA Exchange | N/A | 02/11/2026 | $18,367.18 | $2,755.61 | $15,611.57 | No |
| 434750 | DISP-4983222 | 2025169R11036 | A0436 | BCBS VA | ACA Exchange | N/A | 02/11/2026 | $17,471.22 | $2,621.19 | $14,850.03 | No |
| 439686 | DISP-4878668 | 2025252R11494 | A0436 | BCBS VA | ACA Exchange | N/A | 02/09/2026 | $18,367.18 | $2,220.31 | $16,146.87 | No |
| 431337 | DISP-4859175 | 2025087CE0483 | A0431 | BCBS VA | ACA Exchange | N/A | 02/05/2026 | $42,009.05 | $13,411.33 | $1,372.01 | No |
| 431498 | DISP-4891486 | 2025088BZ0903 | A0431 | BCBS VA | ACA Exchange | N/A | 01/21/2026 | $42,009.05 | $13,249.43 | $28,759.62 | No |
| 436610 | DISP-4695548 | 2025211R10388 RS | A0431 | BCBS VA | ACA Exchange | N/A | 01/13/2026 | $42,009.05 | $10,957.21 | $31,051.84 | No |
| 436610 | DISP-4695549 | 2025211R10388 RS | A0436 | BCBS VA | ACA Exchange | N/A | 01/05/2026 | $12,095.46 | $1,520.91 | $10,574.55 | No |
| 406559 | DISP-1818018 | 2024078CR0069 | A0436 | BCBS VA | ACA Exchange | N/A | 09/10/2025 | $14,364.51 | | $11,877.74 | Yes |
| 443454 | DISP-5112379 | 2025282ES0276 | A0436 | BCBS VA | Accept Credit Cards LLC | Accept Credit Cards LLC Health and Welfare Benefit Plan | 05/28/2026 | $24,190.92 | $3,629.34 | $20,561.58 | Yes |
| 443454 | DISP-5112377 | 2025282ES0276 | A0431 | BCBS VA | Accept Credit Cards LLC | Accept Credit Cards LLC Health and Welfare Benefit Plan | 05/22/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 422803 | DISP-4186306 | 2024307BJ5491 | A0431 | BCBS VA | Advance Stores Company, Inc. | Advance Auto Parts Welfare Benefits Plan | 11/11/2025 | $35,601.61 | $11,188.99 | $24,412.62 | Yes |
| 422803 | DISP-4186307 | 2024307BJ5491 | A0436 | BCBS VA | Advance Stores Company, Inc. | Advance Auto Parts Welfare Benefits Plan | 10/29/2025 | $11,258.67 | $2,182.71 | $9,075.96 | Yes |
| 428742 | DISP-4216295 | 2025039BZ1374 | A0431 | BCBS VA | Allied Universal | Allied Universal Health and Welfare Benefits Plan | 10/23/2025 | $36,733.40 | $5,502.10 | $31,231.30 | No |
| 437017 | DISP-4414543 | 2025203R10544 | A0431 | BCBS VA | Amazon and Subsidiaries | Amazon Group Health & Welfare Plan | 12/05/2025 | $42,009.05 | | $29,356.57 | Yes |
| 420400 | DISP-4415170 | 2024279CN9523 | A0436 | BCBS VA | Amazon and Subsidiaries | Amazon Group Health & Welfare Plan | 11/24/2025 | $9,986.14 | | $8,440.31 | Yes |
| 437017 | DISP-4414545 | 2025203R10544 | A0436 | BCBS VA | Amazon and Subsidiaries | Group Health & Welfare Plan | 12/09/2025 | $16,127.28 | | $13,707.72 | Yes |
| 420400 | DISP-4415171 | 2024279CN9523 | A0431 | BCBS VA | Amazon.com Services LLC | Group Health & Welfare Plan | 03/19/2026 | $40,714.71 | $12,967.48 | $27,747.23 | Yes |
| 447784 | DISP-6024113 | 2025349EX8198 | A0431 | BCBS VA | Andersen Corporation | Andersen Corporation Welfare Plan | 06/19/2026 | $42,009.05 | $8,804.56 | $33,204.49 | Yes |
| 439868 | DISP-5590415 | 202541RB0025 | A0436 | BCBS VA | Andersen Corporation | Andersen Corporation Welfare Plan | 06/10/2026 | $21,055.06 | $2,045.44 | $19,009.62 | Yes |
| 439868 | DISP-5590413 | 202541RB0025 | A0431 | BCBS VA | Andersen Corporation | Andersen Corporation Welfare Plan | 05/26/2026 | $42,009.05 | $8,532.83 | $33,476.22 | Yes |
| 446078 | DISP-5336233 | 2025328CY2651 | A0431 | BCBS VA | Aramark Services, Inc. | Aramark Services, Inc. Group Health Plan | 06/12/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 446078 | DISP-5336234 | 2025328CY2651 | A0436 | BCBS VA | Aramark Services, Inc. | Aramark Services, Inc. Group Health Plan | 06/12/2026 | $21,503.04 | $3,226.08 | $18,276.96 | Yes |
| 436869 | DISP-4991642 | 2025192R13612 RS | A0436 | BCBS VA | Atlantic Union Bankshares Corporation | Atlantic Union Bank Wrap Benefit Plan | 02/26/2026 | $8,511.62 | $1,276.99 | $7,234.63 | Yes |
| 433458 | DISP-3953162 | 2025136R12621 | A0431 | BCBS VA | AutoNation, Inc. | AutoNation, Inc. Health and Welfare Plan | 10/01/2025 | $36,733.40 | | $33,985.73 | Yes |
| 433458 | DISP-3953164 | 2025136R12621 | A0436 | BCBS VA | AutoNation, Inc. | AutoNation, Inc. Health and Welfare Plan | 09/26/2025 | $19,628.42 | | $18,458.16 | Yes |
| 444188 | DISP-5771962 | 2025302FE2257 | A0431 | BCBS VA | B & S Contracting | B & S Contracting Health and Welfare Benefit Plan | 04/24/2026 | $42,009.05 | $12,970.53 | $29,038.52 | Yes |
| 444188 | DISP-5771963 | 2025302FE2257 | A0436 | BCBS VA | B & S Contracting | B & S Contracting Health and Welfare Benefit Plan | 05/18/2026 | $60,029.32 | $9,006.14 | $51,023.18 | Yes |
| 424459 | DISP-4117121 | 2024341EY0856 | A0436 | BCBS VA | N/A | N/A | 05/06/2026 | $11,258.67 | $1,881.88 | $9,376.79 | No |
| 424459 | DISP-4117120 | 2024341EY0856 | A0431 | BCBS VA | N/A | N/A | 01/08/2026 | $35,601.61 | $12,952.48 | $22,649.13 | No |
| 430231 | DISP-4305658 | 2025071CD0898 | A0431 | BCBS VA | Best Buy Co., Inc. | Best Buy Health and Welfare Wrap Plan | 01/02/2026 | $42,009.05 | $8,532.83 | $33,476.22 | Yes |
| 430231 | DISP-4305659 | 2025071CD0898 | A0436 | BCBS VA | Best Buy Co., Inc. | Best Buy Health and Welfare Wrap Plan | 12/26/2025 | $63,613.16 | | $57,433.32 | Yes |
| 444204 | DISP-5360984 | 2025302EK9580 | A0431 | BCBS VA | Board of Trustees of Stationary Engineers Local 39 | Stationary Engineers Local 39 Health and Welfare Plan | 03/13/2026 | $42,009.05 | $12,843.91 | $29,165.14 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 441224 | DISP-6042748 | 2025260R10805 | A0436 | BCBS VA | Bridgewater Home, Inc. | Bridgewater Home, Inc. Employee Benefit Plan | 06/18/2026 | $14,783.34 | $2,217.93 | $12,565.41 | Yes |
| 437687 | DISP-4392857 | 2025211R10377 | A0436 | BCBS VA | N/A | N/A | 12/19/2025 | $14,783.34 | | $12,565.41 | No |
| 441941 | DISP-5001898 | 2025273R10891 | A0431 | BCBS VA | BWXT Technologies, Inc. | BWXT Health & Welfare Benefits Plan | 03/02/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 443481 | DISP-5323628 | 2025284BL6948 | A0431 | BCBS VA | C.W. Wright Construction Company, LLC | C.W. Wright Construction Company Health and Welfare Benefit Plan | 06/12/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 443481 | DISP-5323629 | 2025284BL6948 | A0436 | BCBS VA | C.W. Wright Construction Company, LLC | C.W. Wright Construction Company Health and Welfare Benefit Plan | 06/12/2026 | $12,991.42 | $1,949.09 | $11,042.33 | Yes |
| 429611 | DISP-4272487 | 2025058CR6273 | A0436 | BCBS VA | Cargill, Incorporated | Cargill, Incorporated Welfare Benefit Plan | 10/29/2025 | $13,219.14 | | $11,782.98 | Yes |
| 443860 | DISP-5076598 | 2025297DH6831 | A0431 | BCBS VA | City of Lynchburg | City of Lynchburg and Lynchburg City Schools Retirees No Rx plan | 04/13/2026 | $42,009.05 | $10,763.90 | $31,245.15 | No |
| 443860 | DISP-5076599 | 2025297DH6831 | A0436 | BCBS VA | City of Lynchburg | City of Lynchburg and Lynchburg City Schools Retirees No Rx plan | 03/31/2026 | $20,159.10 | $3,024.45 | $17,134.65 | No |
| 415484 | DISP-5341765 | 2024209DT0233 | A0436 | BCBS VA | City of Manassas | City of Manassas Early Retiree Health Benefits Plan | 03/17/2026 | $6,599.91 | $1,142.57 | $5,457.34 | No |
| 435702 | DISP-5399738 | 2025252R11587 | A0431 | BCBS VA | N/A | N/A | 06/09/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 435702 | DISP-5399739 | 2025252R11587 | A0436 | BCBS VA | N/A | N/A | 06/09/2026 | $17,471.22 | $2,553.98 | $14,917.24 | No |
| 420378 | DISP-2982701 | 2024278CC7820 | A0431 | BCBS VA | Coadvantage Resources | Coadvantage Resources Health and Welfare Benefits Plan | 10/09/2025 | $35,601.61 | | $22,649.13 | No |
| 428496 | DISP-3472469 | 2025037BY4255 | A0431 | BCBS VA | Commissioning Agents, Inc | Commissioning Agents, Inc. Welfare Benefit Plan | 07/17/2025 | $36,733.40 | | $23,780.92 | Yes |
| 428496 | DISP-3472470 | 2025037BY4255 | A0436 | BCBS VA | Commissioning Agents, Inc | Commissioning Agents, Inc. Welfare Benefit Plan | 07/17/2025 | $13,619.72 | | $11,334.58 | Yes |
| 445959 | DISP-5557905 | 2025328DE1872 | A0431 | BCBS VA | Commonwealth of Virginia | COVA Care | 04/07/2026 | $42,009.05 | $12,598.10 | $29,410.95 | No |
| 442656 | DISP-5181559 | 2025289R10759 | A0431 | BCBS VA | Commonwealth of Virginia | Commonwealth of Virginia Health Benefits Program | 02/20/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 441816 | DISP-4904776 | 2025269R10320 | A0431 | BCBS VA | Commonwealth of Virginia | COVA Care | 02/13/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 441816 | DISP-4904779 | 2025269R10320 | A0436 | BCBS VA | Commonwealth of Virginia | COVA Care | 01/21/2026 | $23,294.96 | $3,494.92 | $19,800.04 | No |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 444703 | DISP-5936221 | 2026005DG7019 | A0436 | BCBS VA | Commonwealth of Virginia (Virginia Department of Human Resource Management) | COVA Care Basic | 06/08/2026 | $23,294.96 | $3,494.92 | $19,800.04 | No |
| 407598 | DISP-2243289 | 2024197R10541 | A0436 | BCBS VA | Commonwealth of Virginia (Virginia Department of Human Resource Management) | COVA Care | 05/12/2026 | $13,588.05 | $4,200.00 | $9,388.05 | No |
| 449364 | DISP-5872848 | 2026014EK0125 | A0436 | BCBS VA | Commonwealth of Virginia (Virginia Department of Human Resource Management) | COVA Care Basic | 05/11/2026 | $15,175.71 | $2,217.93 | $12,957.78 | No |
| 433271 | DISP-4891957 | 2025141R10168 | A0436 | BCBS VA | Commonwealth of Virginia (Virginia Department of Human Resource Management) | COVA Care | 05/06/2026 | $12,543.44 | $1,881.88 | $10,661.56 | No |
| 449647 | DISP-5710833 | 2026017CU8572 | A0431 | BCBS VA | Comprehensive Sleep Care Center Inc. | Comprehensive Sleep Care Center Inc. Health and Welfare Benefit Plan | 05/12/2026 | $43,123.60 | $12,516.99 | $30,606.61 | Yes |
| 449647 | DISP-5710834 | 2026017CU8572 | A0436 | BCBS VA | Comprehensive Sleep Care Center Inc. | Comprehensive Sleep Care Center Inc. Health and Welfare Benefit Plan | 04/16/2026 | $14,255.97 | $1,931.58 | $12,324.39 | Yes |
| 441980 | DISP-5617240 | 2025272R10255 | A0436 | BCBS VA | Corvel Corporation | Corvel Corporation Welfare Benefits Plan | 06/11/2026 | $46,141.94 | $6,922.63 | $39,219.31 | Yes |
| 441980 | DISP-5617239 | 2025272R10255 | A0431 | BCBS VA | Corvel Corporation | Corvel Corporation Welfare Benefits Plan | 05/22/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 438210 | DISP-5106220 | 2025218R10623 | A0431 | BCBS VA | County of Caroline | County of Caroline Health and Welfare Benefit Plan | 02/20/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 437029 | DISP-6109138 | 2025192R13587 | A0436 | BCBS VA | Culpeper County | Culpeper County Government Employee Health Benefit Plan | 06/16/2026 | $19,711.12 | $2,957.24 | $16,753.88 | No |
| 437029 | DISP-4944944 | 2025192R13587 | A0431 | BCBS VA | Culpeper County | Culpeper County Government Employee Health Benefit Plan | 05/06/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 445990 | DISP-5517858 | 2025324CH5127 | A0431 | BCBS VA | Culpeper County Public Schools | Culpeper County Public Schools Employee Health Benefit Plan | 05/28/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 445990 | DISP-5517859 | 2025324CH5127 | A0436 | BCBS VA | Culpeper County Public Schools | Culpeper County Public Schools Employee Health Benefit Plan | 05/22/2026 | $18,815.16 | $2,822.82 | $15,992.34 | No |
| 442761 | DISP-6212739 | 2025287R12133 | A0431 | BCBS VA | N/A | N/A | 06/25/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 408375 | DISP-1972569 | 2024191R11610 | A0436 | BCBS VA | Department of Transportation | Unknown | 09/10/2025 | $11,646.90 | | $9,630.60 | No |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 450600 | DISP-6023556 | 2026041FG0525 | A0431 | BCBS VA | DGO Corporation | DGO Corporation Health and Welfare Benefit Plan | 06/19/2026 | $43,123.60 | $12,952.48 | $30,171.12 | Yes |
| 450600 | DISP-6023558 | 2026041FG0525 | A0436 | BCBS VA | DGO Corporation | DGO Corporation Health and Welfare Benefit Plan | 06/19/2026 | $13,336.23 | $1,949.09 | $11,387.14 | Yes |
| 445568 | DISP-6061943 | 2025336R10162 | A0436 | BCBS VA | Dollar General Corporation | Dollar General Employee Benefits Plan | 06/20/2026 | $16,127.28 | $1,616.76 | $14,510.52 | Yes |
| 437255 | DISP-5441713 | 2025195R13349 | A0431 | BCBS VA | Elk Hill Farm, Inc. | Elk Hill Farm Health and Welfare Plan | 04/23/2026 | $42,009.05 | $13,267.44 | $28,741.61 | Yes |
| 437255 | DISP-5132282 | 2025195R13349 | A0436 | BCBS VA | Elk Hill Farm, Inc. | Elk Hill Farm Health and Welfare Plan | 03/04/2026 | $13,439.40 | $2,016.30 | $11,423.10 | Yes |
| 445832 | DISP-5455038 | 2025319CT0935 | A0436 | BCBS VA | First Bank | First Bank Health and Welfare Benefit Plan | 06/10/2026 | $15,231.32 | $2,285.14 | $12,946.18 | Yes |
| 445832 | DISP-5455037 | 2025319CT0935 | A0431 | BCBS VA | First Bank | First Bank Health and Welfare Benefit Plan | 04/23/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 440964 | DISP-5289499 | 2025261R10267 | A0431 | BCBS VA | First National Bank | First National Bank Health and Welfare Benefits Plan | 04/30/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 440964 | DISP-5289500 | 2025261R10267 | A0436 | BCBS VA | First National Bank | First National Bank Health and Welfare Benefits Plan | 03/31/2026 | $17,471.22 | $2,621.19 | $14,850.03 | Yes |
| 437258 | DISP-5399862 | 2025195R13365 | A0436 | BCBS VA | Foster Fuels, Inc. | Foster Fuels, Inc. Employee Benefits Plan | 06/10/2026 | $9,855.56 | $1,478.62 | $8,376.94 | Yes |
| 434233 | DISP-4008999 | 2025174R11556 RS | A0436 | BCBS VA | N/A | N/A | 10/20/2025 | $12,818.56 | | $10,667.84 | No |
| 441005 | DISP-5430185 | 2025252R11530 | A0431 | BCBS VA | Frederick County Public Schools | Frederick County Public Schools Health and Welfare Benefit Plan | 04/24/2026 | $42,009.05 | $11,245.91 | $30,763.14 | No |
| 441005 | DISP-5430186 | 2025252R11530 | A0436 | BCBS VA | Frederick County Public Schools | Frederick County Public Schools Health and Welfare Benefit Plan | 04/24/2026 | $25,982.84 | $3,393.35 | $22,589.49 | No |
| 449098 | DISP-5711174 | 2026013DD0980 | A0436 | BCBS VA | Freedom Aviation, Inc. | Freedom Aviation, Inc. Health and Welfare Benefit Plan | 06/19/2026 | $25,534.86 | $3,830.97 | $21,703.89 | Yes |
| 427582 | DISP-4186578 | 2025021CE4011 | A0431 | BCBS VA | G&B Holdings, Inc. | G&B Holdings, Inc. Health and Welfare Benefits Plan | 11/14/2025 | $36,733.40 | | $23,780.92 | Yes |
| 447861 | DISP-5629733 | 2025350EV6188 | A0436 | BCBS VA | Gromelski & Associates, Inc. | Gromelski & Associates Welfare Benefits Plan | 06/11/2026 | $15,231.32 | $2,285.14 | $12,946.18 | Yes |
| 447861 | DISP-5629732 | 2025350EV6188 | A0431 | BCBS VA | Gromelski & Associates, Inc. | Gromelski & Associates Welfare Benefits Plan | 05/22/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 446504 | DISP-5558128 | 2025338EZ7888 | A0436 | BCBS VA | Guidehouse Inc. | Guidehouse Health and Welfare Plan | 05/26/2026 | $25,534.86 | $2,559.87 | $22,974.99 | Yes |
| 446504 | DISP-5558129 | 2025338EZ7888 | A0431 | BCBS VA | Guidehouse Inc. | Guidehouse Health and Welfare Plan | 05/26/2026 | $42,009.05 | $8,804.56 | $33,204.49 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 448518 | DISP-5746720 | 2026005DG4496 | A0431 | BCBS VA | Halifax County Service Authority | Halifax County Service Authority Health and Welfare Benefit Plan | 05/18/2026 | $42,009.05 | $11,191.57 | $30,817.48 | No |
| 448518 | DISP-5746722 | 2026005DG4496 | A0436 | BCBS VA | Halifax County Service Authority | Halifax County Service Authority Health and Welfare Benefit Plan | 05/13/2026 | $30,910.62 | $4,619.10 | $26,291.52 | No |
| 444556 | DISP-5336037 | 2025307CR3986 | A0431 | BCBS VA | Haymes Brothers, Inc. | Haymes Brothers Inc. Health and Welfare Benefit Plan | 06/12/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 431401 | DISP-5604042 | 2025357DW9360 | A0431 | BCBS VA | Highland County Board of Supervisors | Highland County Board of Supervisors Health and Welfare Benefit Plan | 06/11/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 431401 | DISP-5604043 | 2025357DW9360 | A0436 | BCBS VA | Highland County Board of Supervisors | Highland County Board of Supervisors Health and Welfare Benefit Plan | 04/23/2026 | $21,951.02 | $3,293.29 | $18,657.73 | No |
| 428523 | DISP-4532313 | 2025038BX6479 | A0431 | BCBS VA | HII Mission Technologies | HII Mission Technologies Health and Welfare Benefits Plan | 12/16/2025 | $42,009.05 | | $29,464.26 | Yes |
| 428523 | DISP-4532314 | 2025038BX6479 | A0436 | BCBS VA | HII Mission Technologies | HII Mission Technologies Health and Welfare Benefits Plan | 12/10/2025 | $25,086.88 | | $21,738.00 | Yes |
| 441661 | DISP-5065586 | 2025266R10430 | A0436 | BCBS VA | Hitachi America, Ltd | Hitachi America, Ltd., Group Health and Welfare Plan | 02/25/2026 | $30,910.62 | $24,549.00 | $6,361.62 | Yes |
| 432095 | DISP-6109448 | 2025098DC1397 | A0436 | BCBS VA | Home Depot USA, Inc. | The Home Depot Group Benefits Plan | 06/18/2026 | $19,263.14 | $1,871.36 | $17,391.78 | Yes |
| 444740 | DISP-5490334 | 2025324CJ0279 | A0436 | BCBS VA | Home Depot USA, Inc. | The Home Depot Group Benefits Plan | 04/24/2026 | $17,919.20 | $1,796.40 | $16,122.80 | Yes |
| 432095 | DISP-5207683 | 2025098DC1397 | A0431 | BCBS VA | Home Depot USA, Inc. | The Home Depot Group Benefits Plan | 03/05/2026 | $42,009.05 | $8,532.83 | $33,476.22 | Yes |
| 431114 | DISP-4891087 | 2025094CA0452 | A0436 | BCBS VA | Iron Bow Technologies, LLC | Iron Bow Technologies LLC Health Benefit Plan | 02/11/2026 | $17,471.22 | $2,621.19 | $14,850.03 | Yes |
| 431114 | DISP-4891085 | 2025094CA0452 | A0431 | BCBS VA | Iron Bow Technologies, LLC | Iron Bow Technologies LLC Health Benefit Plan | 01/21/2026 | $42,009.05 | $13,410.73 | $28,598.32 | Yes |
| 445012 | DISP-5076483 | 2025309FE1049 | A0436 | BCBS VA | Jack Kent Cooke Foundation | Jack Kent Cooke Foundation Health and Welfare Benefit Plan | 05/26/2026 | $9,407.58 | $1,411.41 | $7,996.17 | Yes |
| 437759 | DISP-4944572 | 2025203R10548 | A0431 | BCBS VA | James Madison University | James Madison University Health and Welfare Benefit Plan | 05/06/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 437759 | DISP-4944575 | 2025203R10548 | A0436 | BCBS VA | James Madison University | James Madison University Health and Welfare Benefit Plan | 05/06/2026 | $14,783.34 | $2,217.93 | $12,565.41 | No |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 414106 | DISP-4648804 | 2024194EN8434 | A0431 | BCBS VA | James Madison University | James Madison University Health and Welfare Benefit Plan | 02/26/2026 | $40,714.71 | $12,952.48 | $27,762.23 | No |
| 434997 | DISP-4089365 | 2025167R11801 | A0436 | BCBS VA | N/A | N/A | 12/22/2025 | $17,625.52 | | $15,031.32 | No |
| 433823 | DISP-3861437 | 2025155R12088 | A0436 | BCBS VA | N/A | N/A | 05/05/2026 | $34,449.88 | $5,780.06 | $28,669.82 | No |
| 433823 | DISP-4968029 | 2025155R12088 | A0431 | BCBS VA | N/A | N/A | 02/05/2026 | $36,733.40 | $13,337.40 | $23,396.00 | No |
| 433823 | DISP-3861435 | 2025155R12088 | A0431 | BCBS VA | N/A | N/A | 09/12/2025 | $36,733.40 | | $23,780.92 | No |
| 407006 | DISP-1729373 | 2024081CH4447 | A0431 | BCBS VA | Key Communications, Inc. | Key Communications, Inc. Health and Welfare Benefit Plan | 12/09/2025 | $39,213.13 | $15,000.00 | $24,213.13 | Yes |
| 445096 | DISP-5545889 | 2025324CN7449 | A0431 | BCBS VA | King George County | King George County Health and Welfare Benefit Plan | 06/12/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 445096 | DISP-5545890 | 2025324CN7449 | A0436 | BCBS VA | King George County | King George County Health and Welfare Benefit Plan | 04/24/2026 | $25,086.88 | $3,763.76 | $21,323.12 | No |
| 436344 | DISP-4403740 | 2025182R11202 | A0431 | BCBS VA | King George County Schools | Unknown | 11/24/2025 | $42,009.05 | | $29,306.82 | No |
| 436344 | DISP-4979144 | 2025182R11202 | A0436 | BCBS VA | King George County Schools | King George County Schools Health and Welfare Benefit Plan | 05/25/2026 | $18,815.16 | $2,822.82 | $15,992.34 | No |
| 446685 | DISP-5670330 | 2025330DX0329 | A0436 | BCBS VA | Klockner Pentaplast of America, Inc | Klockner Pentaplast of America, Inc. Employee Health and Welfare Benefit Plan | 05/12/2026 | $11,647.48 | $1,747.46 | $9,900.02 | Yes |
| 446685 | DISP-5670326 | 2025330DX0329 | A0431 | BCBS VA | Klockner Pentaplast of America, Inc. | Klockner Pentaplast of America, Inc. Employee Health and Welfare Benefit Plan | 06/18/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 444339 | DISP-5388609 | 2025307CS2324 | A0431 | BCBS VA | Liberty University, Inc. | Liberty University, Inc. Health and Welfare Benefit Plan | 06/09/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Unknown |
| 444339 | DISP-5388610 | 2025307CS2324 | A0436 | BCBS VA | Liberty University, Inc. | Liberty University, Inc. Health and Welfare Benefit Plan | 06/09/2026 | $25,534.86 | $3,830.97 | $21,703.89 | Unknown |
| 443597 | DISP-5346887 | 2025282ER7428 | A0436 | BCBS VA | Lifepoint Health, Inc. | Lifepoint Health, Inc. Welfare Benefits Plan | 06/11/2026 | $16,575.26 | $1,989.42 | $14,585.84 | Yes |
| 444503 | DISP-6050336 | 2026020R10858 | A0431 | BCBS VA | N/A | N/A | 06/19/2026 | $42,009.05 | $8,804.56 | $33,204.49 | No |
| 444503 | DISP-6050337 | 2026020R10858 | A0436 | BCBS VA | N/A | N/A | 06/19/2026 | $16,575.26 | $1,661.67 | $14,913.59 | No |
| 432864 | DISP-5207891 | 2025125R12463 | A0431 | BCBS VA | Lynker Corporation | Lynker Corporation Health and Welfare Benefit Plan | 06/12/2026 | $42,009.05 | $12,781.80 | $29,227.25 | Yes |
| 432864 | DISP-5207892 | 2025125R12463 | A0436 | BCBS VA | Lynker Corporation | Lynker Corporation Health and Welfare Benefit Plan | 06/12/2026 | $8,959.60 | $1,311.51 | $7,648.09 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 432572 | DISP-6195306 | 2025120R11153 | A0431 | BCBS VA | Mavis Tire Supply LLC | Mavis Tire Supply LLC Health and Welfare Benefit Plan | 06/30/2026 | $42,009.05 | $4,421.00 | $37,588.05 | Yes |
| 432572 | DISP-6195308 | 2025120R11153 | A0436 | BCBS VA | Mavis Tire Supply LLC | Mavis Tire Supply LLC Health and Welfare Benefit Plan | 06/09/2026 | $7,615.66 | $517.89 | $7,097.77 | Yes |
| 443568 | DISP-5112522 | 2025284BJ2167 | A0431 | BCBS VA | Mckee Foods Corporation | Mckee Foods Corporation Employees Health and Supplemental Benefits Plan | 05/22/2026 | $42,009.05 | $12,077.45 | $29,931.60 | Yes |
| 450182 | DISP-6105198 | 2026030FA9030 | A0431 | BCBS VA | Mecklenburg Electric Cooperative | Mecklenburg Electric Cooperative Health Benefit Plan | 06/08/2026 | $43,123.60 | $18,055.79 | $25,067.81 | Yes |
| 450182 | DISP-6105199 | 2026030FA9030 | A0436 | BCBS VA | Mecklenburg Electric Cooperative | Mecklenburg Electric Cooperative Health Benefit Plan | 06/05/2026 | $43,687.65 | $18,687.24 | $25,000.41 | Yes |
| 442604 | DISP-5546442 | 2025279R11650 | A0436 | BCBS VA | Merck & Co., Inc. | MERCK & CO., INC. Health and Welfare Benefit Plan | 05/26/2026 | $9,407.58 | $943.11 | $8,464.47 | Yes |
| 442604 | DISP-5546440 | 2025279R11650 | A0431 | BCBS VA | Merck & Co., Inc. | MERCK & CO., INC. Health and Welfare Benefit Plan | 04/23/2026 | $42,009.05 | $8,804.56 | $33,204.49 | Yes |
| 434369 | DISP-4691986 | 2025168R10439 | A0436 | BCBS VA | Merck & Co., Inc. | MERCK & CO., INC. Health and Welfare Benefit Plan | 01/20/2026 | $9,407.58 | $913.92 | $8,493.66 | Yes |
| 434369 | DISP-4691985 | 2025168R10439 | A0431 | BCBS VA | Merck & Co., Inc. | MERCK & CO., INC. Health and Welfare Benefit Plan | 01/02/2026 | $42,009.05 | $8,532.83 | $33,476.22 | Yes |
| 433944 | DISP-6040685 | 2025141R11739 | A0431 | BCBS VA | Molson Coors Beverage Company USA LLC | Molson Coors Health Benefits Program | 06/25/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 433944 | DISP-4956097 | 2025141R11739 | A0436 | BCBS VA | Molson Coors Beverage Company USA LLC | Molson Coors Health Benefits Program | 02/14/2026 | $11,647.48 | $1,747.46 | $9,900.02 | Yes |
| 405404 | DISP-1613230 | 2024057CA9161 | A0436 | BCBS VA | N/A | N/A | 06/17/2026 | $10,093.98 | $0.00 | $10,093.98 | No |
| 443053 | DISP-6065285 | 2025275CM7151 | A0436 | BCBS VA | Northern VA Community College | Northern VA Community College Health and Welfare Benefit Plan | 06/30/2026 | $7,167.68 | $1,075.36 | $6,092.32 | No |
| 443053 | DISP-4967929 | 2025275CM7151 | A0431 | BCBS VA | Northern VA Community College | Northern VA Community College Health and Welfare Benefit Plan | 01/26/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 429877 | DISP-4065359 | 2025063CM2145 | A0431 | BCBS VA | NVR, Inc. | NVR, Inc. Employee Health Benefits Plan | 11/11/2025 | $36,733.40 | | $29,158.84 | Yes |
| 429877 | DISP-4065361 | 2025063CM2145 | A0436 | BCBS VA | NVR, Inc. | NVR, Inc. Employee Health Benefits Plan | 10/02/2025 | $7,611.02 | | $6,784.14 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 422554 | DISP-6109851 | 2025176R10305 | A0436 | BCBS VA | OSI Restaurant Partners, LLC | OSI Restaurant Partners, LLC Employee Benefit Plan | 06/24/2026 | $23,879.90 | $3,696.55 | $20,183.35 | Yes |
| 422554 | DISP-4889952 | 2025176R10305 | A0431 | BCBS VA | OSI Restaurant Partners, LLC | OSI Restaurant Partners, LLC Employee Benefit Plan | 03/31/2026 | $40,714.71 | $12,952.48 | $27,762.23 | Yes |
| 441088 | DISP-5474046 | 2025260R10808 | A0431 | BCBS VA | OSI Restaurant Partners, LLC (Bloomin Brands) | OSI Restaurant Partners, LLC Employee Benefit Plan | 06/11/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 439283 | DISP-5389067 | 2025224R12555 | A0431 | BCBS VA | OSI Restaurant Partners, LLC (Bloomin Brands) | OSI Restaurant Partners, LLC Employee Benefit Plan | 06/10/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 439869 | DISP-5456132 | 2025252R11528 | A0431 | BCBS VA | OSI Restaurant Partners, LLC (Bloomin Brands) | OSI Restaurant Partners, LLC Employee Benefit Plan | 04/24/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 439283 | DISP-5389069 | 2025224R12555 | A0436 | BCBS VA | OSI Restaurant Partners, LLC (Bloomin Brands) | OSI Restaurant Partners, LLC Employee Benefit Plan | 04/03/2026 | $25,534.86 | $3,830.97 | $21,703.89 | Yes |
| 446916 | DISP-5504327 | 2025337EW8882 | A0436 | BCBS VA | Page County Public Schools | Page County Public Schools Health and Welfare Benefit Plan | 04/24/2026 | $18,367.18 | $2,755.61 | $15,611.57 | No |
| 446916 | DISP-5504326 | 2025337EW8882 | A0431 | BCBS VA | Page County Public Schools | Page County Public Schools Health and Welfare Benefit Plan | 04/03/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 448742 | DISP-5872513 | 2026005DG4745 | A0431 | BCBS VA | Pepsico, Inc. | Pepsico Employee Health Care Program | 06/05/2026 | $42,009.05 | $8,804.56 | $33,204.49 | Yes |
| 443670 | DISP-6348845 | 2025308FJ1225 | A0431 | BCBS VA | Pike Enterprises LLC | Pike Enterprises, Llc. Group Benefit Plan | 06/18/2026 | $42,009.05 | $13,076.18 | $28,932.87 | Yes |
| 443670 | DISP-6348846 | 2025308FJ1225 | A0436 | BCBS VA | Pike Enterprises LLC | Pike Enterprises, Llc. Group Benefit Plan | 06/18/2026 | $14,783.34 | $2,217.93 | $12,565.41 | Yes |
| 430415 | DISP-4983627 | 2025070CC4161 | A0436 | BCBS VA | Piovan North America, Inc. Universal Dynamics | Piovan North America, Inc. Universal Dynamics Health and Welfare Benefit Plan | 05/06/2026 | $22,031.90 | $2,393.60 | $19,638.30 | Yes |
| 430415 | DISP-4272907 | 2025070CC4161 | A0431 | BCBS VA | Piovan North America, Inc. Universal Dynamics | Piovan North America, Inc. Universal Dynamics Health and Welfare Benefits Plan | 10/31/2025 | $36,733.40 | | $28,200.57 | Yes |
| 443364 | DISP-5112211 | 2025284BJ8616 | A0431 | BCBS VA | Prince William County Government | Prince William County Government Health and Welfare Benefit Plan | 06/11/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 445854 | DISP-5506807 | 2025319CU7279 | A0436 | BCBS VA | Prince William County Government | Prince William County Government Health and Welfare Benefit Plan | 05/26/2026 | $7,615.66 | $1,142.57 | $6,473.09 | No |
| 443364 | DISP-5112212 | 2025284BJ8616 | A0436 | BCBS VA | Prince William County Government | Prince William County Government Health and Welfare Benefit Plan | 05/25/2026 | $18,367.18 | $2,755.61 | $15,611.57 | No |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 445030 | DISP-5488461 | 2025324CH8035 | A0436 | BCBS VA | Prince William County Government | Prince William County Government Health and Welfare Benefit Plan | 05/25/2026 | $17,471.22 | $2,621.19 | $14,850.03 | No |
| 445030 | DISP-5488460 | 2025324CH8035 | A0431 | BCBS VA | Prince William County Government | Prince William County Government Health and Welfare Benefit Plan | 04/24/2026 | $42,009.05 | $11,278.81 | $30,730.24 | No |
| 445854 | DISP-5506805 | 2025319CU7279 | A0431 | BCBS VA | Prince William County Government | Prince William County Government Health and Welfare Benefit Plan | 04/03/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 444380 | DISP-5903715 | 2025296EM0342 | A0436 | BCBS VA | Prince William County Public Schools | Prince William County Public Schools Health and Welfare Benefit Plan | 05/14/2026 | $4,927.78 | $739.31 | $4,188.47 | No |
| 444380 | DISP-5903714 | 2025296EM0342 | A0431 | BCBS VA | Prince William County Public Schools | Prince William County Public Schools Health and Welfare Benefit Plan | 05/12/2026 | $42,009.05 | $12,952.48 | $29,056.57 | No |
| 432515 | DISP-5454478 | 2025120R11134 | A0431 | BCBS VA | Prince William County Public Schools | Prince William County Public Schools Health and Welfare Benefit Plan | 04/23/2026 | $42,009.05 | $12,798.28 | $29,210.77 | No |
| 432515 | DISP-5454479 | 2025120R11134 | A0436 | BCBS VA | Prince William County Public Schools | Prince William County Public Schools Health and Welfare Benefit Plan | 04/23/2026 | $12,991.42 | $1,949.09 | $11,042.33 | No |
| 438984 | DISP-4945138 | 2025218R10624 | A0436 | BCBS VA | Prince William County Service Authority | Prince William County Service Authority Health and Welfare Benefit Plan | 02/14/2026 | $16,127.28 | $2,419.56 | $13,707.72 | No |
| 446278 | DISP-5507259 | 2025330DX2037 | A0431 | BCBS VA | Pro Mach, Inc. | Pro Mach, Inc. Employee Benefits Plan | 05/26/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 446278 | DISP-5507260 | 2025330DX2037 | A0436 | BCBS VA | Pro Mach, Inc. | Pro Mach, Inc. Employee Benefits Plan | 04/24/2026 | $9,855.56 | $1,478.62 | $8,376.94 | Yes |
| 442817 | DISP-6043050 | 2025289R10758 | A0431 | BCBS VA | Quinn Consulting Services, Inc | Quinn Consulting Welfare Benefit Plan | 06/30/2026 | $42,009.05 | $12,968.17 | $29,040.88 | Yes |
| 442817 | DISP-6043052 | 2025289R10758 | A0436 | BCBS VA | Quinn Consulting Services, Inc | Quinn Consulting Welfare Benefit Plan | 06/30/2026 | $19,711.12 | $2,957.24 | $16,753.88 | Yes |
| 447780 | DISP-5517221 | 2025351BX0412 | A0431 | BCBS VA | R R Engineering Co. Inc. | R R Engineering Co. Inc. Health and Welfare Benefit Plan | 04/06/2026 | $42,009.05 | $4,366.47 | $37,642.58 | Yes |
| 447780 | DISP-5517222 | 2025351BX0412 | A0436 | BCBS VA | R R Engineering Co. Inc. | R R Engineering Co. Inc. Health and Welfare Benefit Plan | 03/27/2026 | $39,870.22 | $2,550.74 | $37,319.48 | Yes |
| 436403 | DISP-5663616 | 2025182R11344 | A0436 | BCBS VA | Rainbow Acres Campground | Rainbow Acres Campground Health and Welfare Benefit Plan | 05/25/2026 | $19,263.14 | $2,890.03 | $16,373.11 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 437706 | DISP-4968141 | 2025203R10547 | A0431 | BCBS VA | Rappahannock Electric Cooperative | Rappahannock Electric Cooperative Flexible Welfare Benefit Plan | 05/22/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Yes |
| 437706 | DISP-4968142 | 2025203R10547 | A0436 | BCBS VA | Rappahannock Electric Cooperative | Rappahannock Electric Cooperative Flexible Welfare Benefit Plan | 04/23/2026 | $21,055.06 | $3,158.87 | $17,896.19 | Yes |
| 450050 | DISP-6281404 | 2026028BU9290 | A0436 | BCBS VA | Regal Rexnord Corporation | Regal Rexnord Comprehensive Medical and Dental Health Insurance Plan | 06/25/2026 | $15,635.58 | $2,285.14 | $13,350.44 | Yes |
| 446915 | DISP-5758975 | 2025336CA2723 | A0431 | BCBS VA | Rockingham County Public Schools | Rockingham County Public Schools Health and Welfare Benefit Plan | 06/19/2026 | $42,009.05 | $12,578.48 | $29,430.57 | No |
| 451783 | DISP-6121023 | 2026051EU8045 | A0431 | BCBS VA | Science Applications International Corporation | Science Applications International Corporation Health and Welfare Benefits Plan | 06/30/2026 | $43,123.60 | $12,952.48 | $30,171.12 | Yes |
| 451783 | DISP-6121024 | 2026051EU8045 | A0436 | BCBS VA | Science Applications International Corporation | Science Applications International Corporation Health and Welfare Benefits Plan | 06/30/2026 | $5,518.44 | $806.52 | $4,711.92 | Yes |
| 445286 | DISP-5758764 | 2025322CC6497 | A0431 | BCBS VA | Science Applications International Corporation | Science Applications International Corporation Health and Welfare Benefits Plan | 05/13/2026 | $38,900.12 | $33,000.00 | $5,900.12 | Yes |
| 448796 | DISP-5668493 | 2026005DE8320 | A0436 | BCBS VA | Solenis LLC | Solenis LLC Health and Welfare Benefit Plan | 05/12/2026 | $15,231.32 | $0.00 | $15,231.32 | Yes |
| 435387 | DISP-5093526 | 2025167R11789 | A0436 | BCBS VA | Spotsylvania County Public Schools | Spotsylvania County Public Schools Health and Welfare Benefit Plan | 05/22/2026 | $5,375.76 | $806.52 | $4,569.24 | No |
| 426417 | DISP-4455538 | 2025008BQ1312 | A0436 | BCBS VA | Spotsylvania County Public Schools | Spotsylvania County Public Schools Health and Welfare Benefit Plan | 01/06/2026 | $23,445.72 | $3,629.34 | $19,816.38 | No |
| 426417 | DISP-4455537 | 2025008BQ1312 | A0431 | BCBS VA | Spotsylvania County Public Schools | Spotsylvania County Public Schools Health and Welare Benefit Plan | 11/24/2025 | $40,714.71 | | $27,762.23 | No |
| 449254 | DISP-5889192 | 2026021R11276 | A0436 | BCBS VA | Sterling Jewelers Inc. | Sterling Jewelers Inc. Health and Welfare Benefit Plan | 06/23/2026 | $13,796.10 | $2,016.30 | $11,779.80 | Yes |
| 450113 | DISP-6077026 | 2026026DJ9990 | A0431 | BCBS VA | Stratosphere Quality, LLC | Stratosphere Quality, LLC Welfare Benefit Plan | 06/30/2026 | $43,123.60 | $7,755.56 | $35,368.04 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 450113 | DISP-6077028 | 2026026DJ9990 | A0436 | BCBS VA | Stratosphere Quality, LLC | Stratosphere Quality, LLC Welfare Benefit Plan | 06/30/2026 | $22,993.50 | $3,125.22 | $19,868.28 | Yes |
| 437806 | DISP-5716951 | 2025203R10680 | A0436 | BCBS VA | Team81, Inc. | Team81, Inc. Health and Welfare Benefit Plan | 06/12/2026 | $28,222.74 | $4,234.23 | $23,988.51 | Yes |
| 437806 | DISP-4878174 | 2025203R10680 | A0431 | BCBS VA | Team81, Inc. | Team81, Inc. Health and Welfare Benefit Plan | 01/21/2026 | $42,009.05 | $13,144.59 | $28,864.46 | Yes |
| 435695 | DISP-4033683 | 2025176R10308 | A0436 | BCBS VA | Teamsters Joint Council No. 83 of Virginia Health & Welfare Fund | Board of Trustees of the Teamsters Joint Council No. 83 of Virginia Health & Welfare Fund | 10/21/2025 | $16,423.78 | | $13,668.17 | Yes |
| 435695 | DISP-4033682 | 2025176R10308 | A0431 | BCBS VA | Teamsters Joint Council No. 83 of Virginia Health and Welfare Fund | Board of Trustees of the Teamsters Joint Council No. 83 of Virginia Health & Welfare Fund | 09/25/2025 | $36,733.40 | | $23,780.92 | Yes |
| 444443 | DISP-5076242 | 2025302FF9011 | A0436 | BCBS VA | The Giant Company LLC | The Giant Company, LLC Health and Welfare Benefit Plan | 03/12/2026 | $13,439.40 | $1,347.30 | $12,092.10 | Yes |
| 436854 | DISP-4609363 | 2025195R11035 | A0431 | BCBS VA | The Hershey Company | The Hershey Company Health and Welfare Plan for Active and Inactive Employees | 01/06/2026 | $42,009.05 | $4,200.95 | $37,808.10 | Yes |
| 439291 | DISP-5323786 | 2025241R10847 | A0431 | BCBS VA | The TJX Companies, Inc. | The TJX Companies, Inc. Welfare Benefits Plan | 06/12/2026 | $42,009.05 | $8,532.83 | $33,476.22 | Yes |
| 439291 | DISP-5323787 | 2025241R10847 | A0436 | BCBS VA | The TJX Companies, Inc. | The TJX Companies, Inc. Welfare Benefits Plan | 06/12/2026 | $46,141.94 | $4,482.56 | $41,659.38 | Yes |
| 433819 | DISP-4089217 | 2025141R11738 | A0431 | BCBS VA | Town of Bridgewater | Unknown | 10/10/2025 | $36,733.40 | | $25,487.49 | No |
| 433819 | DISP-4089218 | 2025141R11738 | A0436 | BCBS VA | Town of Bridgewater | Unknown | 11/06/2025 | $13,619.72 | | $11,630.52 | No |
| 443562 | DISP-5089646 | 2025286BR9748 | A0431 | BCBS VA | Town of South Boston | Town of South Boston Health and Welfare Benefit Plan | 05/14/2026 | $42,009.05 | $10,361.99 | $31,647.06 | No |
| 443562 | DISP-5089647 | 2025286BR9748 | A0436 | BCBS VA | Town of South Boston | Town of South Boston Health and Welfare Benefit Plan | 03/04/2026 | $22,846.98 | $2,742.17 | $20,104.81 | No |
| 405437 | DISP-1338849 | 2024057CC7467 | A0436 | BCBS VA | N/A | N/A | 10/29/2025 | $39,211.23 | | $39,211.23 | No |
| 442463 | DISP-5027617 | 2025274R10112 | A0431 | BCBS VA | Trustees of Central States, Southeast and Southwest Areas Health and Welfare Fund | Central States, Southeast and Southwest Areas Health and Welfare Plan Active Plan | 03/09/2026 | $42,009.05 | $15,459.82 | $26,549.23 | Yes |
| 436964 | DISP-5165468 | 2025195R13350 | A0431 | BCBS VA | U.S. Oncology, Inc. | U.S. Oncology, Inc. Health and Welfare Benefit Plan | 05/13/2026 | $42,009.05 | $14,989.46 | $27,019.59 | Yes |
| 440694 | DISP-4599867 | 2025260R10807 | A0431 | BCBS VA | U.S. Xpress Enterprises, Inc. | U.S. Xpress Enterprises, Inc. Employee Benefit Plan | 01/26/2026 | $42,009.05 | $8,532.83 | $33,476.22 | Yes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 440694 | DISP-4599868 | 2025260R10807 | A0436 | BCBS VA | U.S. Xpress Enterprises, Inc. | U.S. Xpress Enterprises, Inc. Employee Benefit Plan | 01/12/2026 | $16,575.26 | $1,610.24 | $14,965.02 | Yes |
| 448378 | DISP-5746358 | 2026002DG0107 | A0436 | BCBS VA | United Rentals, Inc. | United Rentals Self Funded Health Plan | 05/22/2026 | $37,182.34 | $2,200.59 | $34,981.75 | Yes |
| 448378 | DISP-5746356 | 2026002DG0107 | A0431 | BCBS VA | United Rentals, Inc. | United Rentals Self Funded Health Plan | 05/18/2026 | $42,009.05 | $8,804.56 | $33,204.49 | Yes |
| 439198 | DISP-4543882 | 2025224R12554 | A0431 | BCBS VA | United Rentals, Inc. | United Rentals Self Funded Health Plan | 04/16/2026 | $42,009.05 | $14,965.71 | $27,043.34 | Yes |
| 445897 | DISP-5430632 | 2025319CT0962 | A0431 | BCBS VA | Unknown | Unknown | 04/24/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Unknown |
| 445897 | DISP-5430633 | 2025319CT0962 | A0436 | BCBS VA | Unknown | Unknown | 04/24/2026 | $25,982.84 | $3,898.18 | $22,084.66 | Unknown |
| 447418 | DISP-6090710 | 2025349EX4552 | A0436 | BCBS VA | Unknown | Unknown | 05/28/2026 | $7,615.66 | $763.47 | $6,852.19 | Unknown |
| 440892 | DISP-5430029 | 2025254R10242 | A0431 | BCBS VA | Unknown | Unknown | 06/10/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Unknown |
| 444630 | DISP-5289409 | 2025302FF7728 | A0431 | BCBS VA | Unknown | Unknown | 05/04/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Unknown |
| 447921 | DISP-5532922 | 2025353EJ8528 | A0431 | BCBS VA | Unknown | Unknown | 04/15/2026 | $42,009.05 | $5,239.76 | $36,769.29 | Unknown |
| 447921 | DISP-5532923 | 2025353EJ8528 | A0436 | BCBS VA | Unknown | Unknown | 04/15/2026 | $25,982.84 | $1,994.74 | $23,988.10 | Unknown |
| 428866 | DISP-5207480 | 2025302CF3833 | A0431 | BCBS VA | Unknown | Unknown | 03/03/2026 | $42,009.05 | $12,952.48 | $29,056.57 | Unknown |
| 428866 | DISP-5207481 | 2025302CF3833 | A0436 | BCBS VA | Unknown | Unknown | 03/02/2026 | $15,231.32 | $2,285.14 | $12,946.18 | Unknown |
| 404405 | DISP-1405304 | 2024043CD3706 | A0431 | BCBS VA | Unknown | Unknown | 09/10/2025 | $35,601.61 | | $21,125.59 | Unknown |
| 418001 | DISP-4008143 | 2025081BO0414 | A0431 | BCBS VA | Unknown | Unknown | 09/30/2025 | $35,601.61 | | $22,649.13 | Unknown |
| 418001 | DISP-4008145 | 2025081BO0414 | A0436 | BCBS VA | Unknown | Unknown | 10/06/2025 | $21,352.65 | | $17,656.10 | Unknown |
| 437880 | DISP-4395722 | 2025218R10266 | A0431 | BCBS VA | Unknown | Unknown | 11/17/2025 | $42,009.05 | | $33,476.22 | Unknown |
| 419272 | DISP-4064767 | 2025008BP9385 | A0431 | BCBS VA | Verizon Virginia LLC | Verizon Mid-Atlantic Group Health Plan | 11/19/2025 | $35,601.61 | | $35,601.61 | Yes |
| 419272 | DISP-4064768 | 2025008BP9385 | A0436 | BCBS VA | Verizon Virginia LLC | Verizon Mid-Atlantic Group Health Plan | 11/19/2025 | $15,917.43 | | $15,917.43 | Yes |
| 443824 | DISP-5903048 | 2025284BI9062 | A0436 | BCBS VA | Walmart Inc. | Walmart Inc. Associates' Health and Welfare Plan | 05/13/2026 | $21,055.06 | $3,158.87 | $17,896.19 | Yes |
| 431834 | DISP-4782433 | 2025094CE1631 | A0436 | BCBS VA | Walmart Inc. | Walmart Inc. Associates' Health and Welfare Plan | 05/04/2026 | $19,711.12 | $2,957.24 | $16,753.88 | Yes |
| 431834 | DISP-4394464 | 2025094CE1631 | A0431 | BCBS VA | Walmart, Inc. | Walmart Inc. Associates' Health and Welfare Plan | 11/17/2025 | $42,009.05 | | $29,056.57 | Yes |
| 405635 | DISP-1485935 | 2024065CR7733 | A0436 | BCBS VA | West Shore Home, LLC | West Shore Home, LLC Employee Benefit Plan | 01/07/2026 | $14,364.51 | $2,486.77 | $11,877.74 | Yes |
| 447999 | DISP-5533573 | 2025353EK4825 | A0431 | BCBS VA | Winchester City Public Schools | Winchester City Public Schools Health and Welfare Benefit Plan | 05/28/2026 | $42,009.05 | $11,191.57 | $30,817.48 | No |
| | | | | | | | | **$7,451,647.85** | **$1,588,222.04** | **$5,602,451.11** | |