**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| PHI HEALTH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM HEALTH PLANS OF VIRGINIA, INC. *et al*.,<br><br>Defendants. | Civil Action No. 3:26-cv-00876-RCY |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 7(F)(2)(b), the undersigned defendants file this consent motion for a fourteen (14) day extension of time, up to and including November 24, 2026, to move, answer, or otherwise respond to the First Amended Complaint filed by Plaintiff PHI Health, LLC ("Plaintiff"). In support of this motion, the undersigned defendants state as follows:

1. On August 28, 2026, Plaintiff filed a Complaint (ECF No. 1) against Defendants in the United States District Court for the Eastern District of Virginia, styled as *PHI Health, LLC v. Anthem Health Plans of Virginia, Inc. et al.*, Case No. 3:26-cv-00876-RCY.

2. On October 27, 2026, Plaintiff filed an Amended Complaint (ECF No. 46).

3. The undersigned defendants' current deadline to respond to the First Amended Complaint is November 10, 2026.

4. Good cause exists for the requested extension. The requested extension will allow the defendants to investigate the two hundred ten (210) new claims that the First Amended Complaint adds and to continue exploring a potential narrowing of the claims at issue, including the potential dismissal

of several defendants, which would conserve the resources of the Court and the parties and promote the efficient resolution of this matter.

5. The undersigned defendants waive hearing on this motion.

6. The undersigned defendants' counsel has communicated with counsel for Plaintiff who is agreeable to the requested extension.

7. No parties will be prejudiced by the requested stay, and the requested relief will not affect any other scheduled dates or deadlines in this matter.

8. Accordingly, good cause exists for the granting of this motion for an extension of fourteen days, up to and including November 24, 2026, for the undersigned defendants to move, answer or otherwise respond to the Plaintiff's First Amended Complaint.

9. A Proposed Order is attached hereto.

WHEREFORE, the undersigned defendants, by counsel, hereby request that the Court enter an Order: (1) granting their Consent Motion for an extension of time to answer or otherwise respond to Plaintiff's First Amended Complaint; (2) extending the undersigned defendants' responsive pleading deadline by fourteen (14) days, up to and including November 24, 2026; and (3) granting Defendants such further relief as the Court deems appropriate.

Dated: November 3, 2026

Respectfully submitted,

By: *<u>/s/ Joan I. Fasulo</u>*

Michael E. Lacy (VA Bar 48477)
Joan I. Fasulo (VA Bar 100616)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, 15th Floor
Richmond, VA 23219
Telephone: 804-697-1258
Facsimile: 804-697-1339
michael.lacy@troutman.com
joanie.fasulo@troutman.com

*Counsel for Defendants Anthem Health Plans of Virginia, Inc., Healthkeepers of Virginia, Inc., Advance Stores Company, Inc., Allied Universal Corporation, Commissioning Agents, Inc., HII Mission Technologies Corp., Teamsters Joint Council No. 83 of Virginia Health and Welfare Fund, Town of Bridgewater, Verizon Virginia, LLC and the health and welfare benefits plans sponsored by them*

By: */s/ Jed Wulfekotte*
Jed Wulfekotte
Crowell & Moring LLP
600 Fifth St., N.W.
Washington, D.C. 20001
Telephone: (202) 624-2693
jwulfekotte@crowell.com

*Attorneys for Amazon, Inc. and the health and welfare plans sponsored by them*

By: */s/ Caitlyn Marie Holsopple*
Caitlyn Marie Holsopple
Reed Smith
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (814) 983-2556
cholsopple@reedsmith.com

*Attorney for Defendant AutoNation, Inc., NVR, Inc., Universal Dynamics, Inc. and the health and welfare plans sponsored by them*

By: */s/ Kraig Douglas Jennett*
Kraig Douglas Jennett
Clark Hill PLC
601 13th Street, NW Suite 600
Washington, DC 20005
Telephone: (202) 772-0913
kjennett@clarkhill.com

*Attorney for Defendants Universal Dynamics, Inc. and the health and welfare plans sponsored by them.*

By: */s/ Frederick H. Schutt*
Frederick H. Schutt
Woods Rogers Vandeventer Black
901 East Byrd Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 956-2057
Fred.Schutt@woodsrogers.com

*Attorney for Defendants Spotsylvania County Schools and King George County Schools and the health and welfare plans sponsored by them*

By: */s/ William Daniel Prince, IV*
William Daniel Prince, IV
Timothy A. Richard
William Woodul Tunner
Thomas McMullan, P.C.
100 Shockoe Slip 3rd Floor
Richmond, VA 23219-4140
Telephone: (804) 649-7545
wprince@t-mlaw.com
trichard@t-mlaw.com
wtunner@t-mlaw.com

*Attorney for Defendant Virginia Department of Transportation and the health and welfare plans sponsored by them*

By: */s/ Brian James McNamara*
Brian James McNamara
Ford Richardson, PC
901 E. Byrd St., Suite 1800
Richmond, VA 23219
Telephone: (540) 283-9903
bmcnamara@fordrichardsonlaw.com

John Gordon Howard, *pro hac vice*
J. Gordon Howard, PLLC
1715 Aaron Brenner Drive, Suite 450
Memphis, TN 38120
Telephone: (901) 902-5610
gordon@jghlegal.com

*Attorney for Defendant Walmart, Inc. and the health and welfare plans sponsored by them*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Joan I. Fasulo*
Joan I. Fasulo
*Counsel for Defendants Anthem Health Plans of Virginia, Inc., Healthkeepers of Virginia, Inc., Advance Stores Company, Inc., Allied Universal Corporation, Commissioning Agents, Inc., HII Mission Technologies Corp., King George County Schools, Spotsylvania County Schools, Teamsters Joint Council No. 83 of Virginia Health and Welfare Fund, Town of Bridgewater, Verizon Virginia, LLC and the health and welfare benefits plans sponsored by them*