**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| PHI HEALTH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM HEALTH PLANS OF VIRGINIA, INC. *et al*.,<br><br>Defendants. | Civil Action No. 3:26-cv-00876-RCY |

**[PROPOSED] ORDER**

CAME NOW Defendants Anthem Health Plans of Virginia, Inc., Healthkeepers of Virginia, Inc., Advance Stores Company, Inc., Allied Universal Corporation, Commissioning Agents, Inc., HII Mission Technologies Corp., King George County Schools, Spotsylvania County Schools, Teamsters Joint Council No. 83 of Virginia Health and Welfare Fund, Town of Bridgewater, Verizon Virginia, LLC, Amazon, Inc., AutoNation, Inc., NVR, Inc., Universal Dynamics, Inc., Virginia Department of Transportation, Walmart, Inc. and the health and welfare benefits plans sponsored by them (collectively, "Moving Defendants") by counsel, upon their Consent Motion for an Extension of Time to Answer or Otherwise Respond to the First Amended Complaint ("Consent Motion") filed by Plaintiff, PHI Health, LLC ("Plaintiff"),

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff and Moving Defendants, it is hereby

ORDERED, ADJUDGED AND DECREED, that the Moving Defendants' Consent Motion is GRANTED, and it is further,

ORDERED, ADJUDGED AND DECREED, that Defendants Anthem Health Plans of Virginia, Inc., Healthkeepers of Virginia, Inc., Advance Stores Company, Inc., Allied Universal Corporation, Commissioning Agents, Inc., HII Mission Technologies Corp., King George County Schools, Spotsylvania County Schools, Teamsters Joint Council No. 83 of Virginia Health and Welfare Fund, Town of Bridgewater, Verizon Virginia, LLC, Amazon, Inc., AutoNation, Inc., NVR, Inc., Universal Dynamics, Inc., Virginia Department of Transportation, Walmart, Inc. and the health and welfare benefits plans sponsored by them shall be GRANTED an extension of time of fourteen (14) days, up to and including November 24, 2026, to move, answer, or otherwise respond to Plaintiff's First Amended Complaint, and it is further,

ORDERED, ADJUDGED AND DECREED, that the Clerk is directed to send a copy of this Order to counsel of record.

Dated: __________________

___________________________________
Hon. Roderick C. Young
United States District Court Judge