IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| PHI HEALTH, LLC,<br>Plaintiff,<br><br>v.<br><br>ANTHEM HEALTH PLANS OF VIRGINIA, INC., *et al.*,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:26CV876 (RCY) |

**ORDER**
**(Granting Moving Defendants' Motion for Extension)**

This matter is before the Court on the Consent Motion for an Extension of Time to Answer or Otherwise Respond to the First Amended Complaint ("Motion for Extension," ECF No. 57) filed by certain Defendants: Anthem Health Plans of Virginia, Inc., Healthkeepers of Virginia, Inc., Advance Stores Company, Inc., Allied Universal Corporation, Commissioning Agents, Inc., HII Mission Technologies Corp., King George County Schools, Spotsylvania County Schools, Teamsters Joint Council No. 83 of Virginia Health and Welfare Fund, Town of Bridgewater, Verizon Virginia, LLC, Amazon, Inc., AutoNation, Inc., NVR, Inc., Universal Dynamics, Inc., Virginia Department of Transportation, and Walmart, Inc. (collectively, "Moving Defendants").

Therein, the Moving Defendants request until November 24, 2026, to answer or otherwise respond to Plaintiff's First Amended Complaint. Plaintiff consents to the requested extension. Based on the consented nature of the motion, the Court hereby GRANTS the Moving Defendants' Motion for Extension (ECF No. 57). The Moving

Defendants SHALL answer or otherwise respond to Plaintiff's First Amended Complaint on or before November 24, 2026.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: November 6, 2026
Richmond, Virginia